AO 310 (Rev. 03/16)

Judicial Council of the 1st 2nd 3rd 4th Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: HAROLD WILLIAM VAN ALLEN
   Contact Address: 351 NORTH Rd
   HURLEY NY 12443
   Daytime telephone: (845 389 4366

2. Name(s) of Judge(s): CHIEF JUDGES FIRST, SECOND, THIRD
   Court: FOURTH, FIFTH, SIXTH SEVENTH, EIGHTH, NINTH
   TENTH, ELEVENTH, DEEP FEDERAL SECTIONS, CAAF

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   ☒ Yes   ☐ No
   If "yes," give the following information about each lawsuit:
   Court: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, DCC, FC, ScoTus
   Case Number:
   Docket number of any appeal to the    Circuit: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11
   DCC, FC, ScoTus, CAAF
   Are (were) you a party or lawyer in the lawsuit?
   ☒ Party   ☐ Lawyer   ☐ Neither
   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number: WALKER F. TODD

MAY 15 2020

Clerk, U.S. Courts
District of Montana
Billings Division

AO 310 (Rev. 03/16)

*Dcc, Fc*

Judicial Council of the _1,2,3,4,5,6,7,8,9,10, 11_ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4.  **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5.  **Declaration and signature:**

    I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____   Date: _12/16/2019_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD WILLIAM VAN ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | )     Civil Action No. 18-0150 (ABJ) |
| | ) |
| ROBERT MUELLER, *et al*, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

MEMORANDUM OPINION

Plaintiff Harold William Van Allen has filed a *pro se* complaint against 19 named

defendants that include Special Counsel Robert Mueller, President Donald Trump, Vice President

Mike Pence, Attorney General Jeff Sessions, the Chief Justice of the United States and several

judges from the U.S. District Court and U.S. Court of Appeals for the D.C. Circuit. Compl.

[Dkt. # 1]. The complaint consists of a single paragraph:

> Regarding executive authority over all federal and state chief judiciary
> proposed "Trump-Pence Executive Order(s)" ordering SCOTUS Chief
> Judge John Roberts to cease avoiding and immediately define US
> constitution language "natural born citizen" CINC/POTUS eligibility of all
> living former presidents (JE Carter, GHW Bush, GW Bush, WJ Clinton, BH
> Obama, DJ Trump and all living so confirmed federal judicial nominees
> regarding their past and current judicial authority (quo warranto) NYS
> statewide federal and New York State elections 1992 (H Ross Perot), 1997
> (Robert L Schulz), 1996 (H Ross Perot electoral college delegate), 1997
> (Constitutional Convention Question), 1998, 2000, 2002, 2004, 2006, 2008,
> 2010, 2012, 2014, 2016, and now 2017 (Constitutional Convention
> Question) — New York based Hillary R. and William J. et al Clintons'
> espionage — unauthorized transfer and storage of electronic classified
> documents on private non-secure non-government URL/ISP/server(s).

Compl. ¶ 1. Based on this paragraph, it is unclear what relief plaintiff seeks from this Court, and whether this Court has the authority to hear the case.

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree. It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (internal citations omitted). Furthermore, "'[i]t is axiomatic that subject matter jurisdiction may not be waived, and that courts may raise the issue *sua sponte*.'" *NetworkIP, L.L.C. v. FCC*, 548 F.3d 116, 120 (D.C. Cir. 2008), quoting *Athens Cmty. Hosp., Inc. v. Schweiker*, 686 F.2d 989, 992 (D.C. Cir. 1982). Indeed, a federal court must raise the issue because it is "forbidden — as a court of limited jurisdiction — from acting beyond [its] authority, and 'no action of the parties can confer subject-matter jurisdiction upon a federal court.'" *Id.*, quoting *Akinseye v. District of Columbia*, 339 F.3d 970, 971 (D.C. Cir. 2003). A district court may dismiss a complaint *sua sponte* pursuant to Federal Rule of Civil Procedure 12(h)(3), when it is evident that the court lacks subject-matter jurisdiction. *See Evans v. Suter*, No. 09-5242, 2010 WL 1632902 (D.C. Cir. Apr. 2, 2010), citing *Hurt v. U.S. Court of Appeals for the D.C. Cir.*, 264 F. App'x 1 (D.C. Cir. 2008).

Subject matter jurisdiction is lacking where a complaint "is patently insubstantial presenting no federal question suitable for decision." *Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009), quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994). A claim is "patently insubstantial" when it is "flimsier than doubtful or questionable . . . essentially fictitious." *Best*, 39 F.3d at 330 (internal quotation marks omitted); *see Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) ("[F]ederal courts are without power to entertain claims otherwise within their jurisdiction

if they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous . . . .") (internal citations and quotation marks omitted); *see, e.g., Peters v. Obama*, Misc. No. 10-0298, 2010 WL 2541066 (D.D.C. June 21, 2010) (*sua sponte* dismissing complaint alleging that President Obama had been served with and failed to respond to an "Imperial Writ of Habeas Corpus" by the "Imperial Dominion of Amexem," requiring the plaintiff's immediate release from a correctional institution).

Although the Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519 (1972); *Brown v. District of Columbia*, 514 F.3d 1279, 1283 (D.C. Cir. 2008), it finds that plaintiff's allegations in the present case present "no federal question suitable for decision." *Best*, 39 F.3d at 330. It is true that on the cover sheet filed with the complaint, plaintiff identifies 42 U.S.C. § 1983 as the basis for his cause of action. Dkt. # 1-1. But since that statute authorizes the filing of constitutional claims against state, and not federal, officials, *Wyatt v. Cole*, 504 U.S. 158, 161 (1992), it cannot provide the predicate for subject matter jurisdiction in this case. Accordingly, the Court will dismiss this case *sua sponte* pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. A separate order will issue.

AMY BERMAN JACKSON
United States District Judge

DATE: February 5, 2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAROLD WILLIAM VAN ALLEN,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 18-0150 (ABJ) |
| ) | |
| ROBERT MUELLER, *et al.*,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER

Pursuant to Federal Rules of Civil Procedure 12(h)(3) and 58, and for the reasons stated in

the accompanying Memorandum Opinion, it is ORDERED that this case is DISMISSED WITH

PREJUDICE for lack of subject matter jurisdiction.

**SO ORDERED.**

*Amy B. Jack*

AMY BERMAN JACKSON
United States District Judge

DATE: February 5, 2018



**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 23, 2020

Harold William Van Allen
351 North Road
Hurley, NY 12443

RE:   Judicial Misconduct Complaint Nos. FC-20-90015, FC-20-90016,
      FC-20-90017, FC-20-90018, FC-20-90019, FC-20-90020, FC-20-90021,
      FC-20-90022, FC-20-90023, FC-20-90024, FC-20-90025, FC-20-90026, and
      FC-20-90027

Dear Mr. Van Allen:

This will acknowledge receipt on March 17, 2020, of your Complaints of Judicial
Misconduct under Rule 8(d) of the Rules for Judicial Conduct and Judicial
Disability Proceedings.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 28, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

> FOIPA Request No.: 1337093-000
> Subject:   SOETORO, BARRY (1957-1963
> DESTRUCTION OF PASSPORT
> RECORDS)

Dear Mr. Van Allen:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.  The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals.  The FBI recognizes an important privacy interest in the requested information.  You may receive greater access to these records if they exist by providing one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests).  In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent.  If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form.   You may make additional copies of this form if you are requesting information on more than one individual.  The subject of your request should complete this form and then sign it.  Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized.  The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death.  If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source.  Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure.  If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests.  In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602.   If we do not receive a response from you within 30 days from the date of this letter, your request will be closed.   You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).   As such, this response is limited to those records, if any exist, that are subject to the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal to OIP must be postmarked or transmitted within sixty (60) days from the date of this letter in order to be considered timely.  The envelope and the letter should be clearly marked "Freedom of Information Appeal."  Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

**United States Department of Justice**
*United States Attorney*
*District of Connecticut*
157 Church Street, 25th Floor
New Haven, Connecticut  06510
(203) 821-3700
Fax (203) 773-5376
E-Mail: USACT.Citizenscomplaint@usdoj.gov
www.justice.gov/usao-ct

## CITIZEN'S COMPLAINT FORM

Please note: **The United States Attorney** is responsible for the prosecution of violations of federal laws and for representing officers and agencies of the federal government in civil actions. Accordingly, our office can only undertake those cases falling within our authority.

If you will provide us with the facts of your complaint, inquiry will be made to determine whether the facts merit action by this Office.

If you have any questions, please indicate them on this form.

You make take this form with you and when you have completed it, mail it back to the above address.

**DO NOT WRITE ABOVE THIS LINE**

Today's Date: 8/21/2019

Your Name: HAROLD WILLIAM VAN ALLEN

Address: 351 NORTH Rd, HURLEY, NY 12443     PHONE 845-3894366

Your E-Mail: HVANALLEN@HVC.RR.COM

Were you referred to this Office by any agency or, public official? ☐ Yes ☒ No
If yes, please name them: _____

If you have an attorney representing you in this matter, please give the full name and address: (USDC - DCO) 17-CV-517, 16-CV-1426, 18-CV-0150, USDC - DCO (MANY) AND NYS - COURT OF APPEALS, ALBANY

Have you advised your attorney of the complaint to this office? ☐ Yes ☒ No

Is there a court action pending which pertains to this matter? ☒ Yes ☐ No {99-CV-1849-DNH, 19-CV-202-DNH,

If yes, please give case number and court: USDC-NYND{ 99-CV-995-DNH

List all public agencies you may have contacted regarding this complaint: FBI, NYS POLICE, DOJ, NYS-EXECUTIVE, US-DHS, US-FEC, US-DOS, US-CIA FISC, USDC-DCO, USCA-DCC, USCA 2nd CIRC, USCA 1st CIRC, USCA 3RD CIRCUIT, USCA 4th CIRCUIT, USCA 5th CIRC, ETAL USCA

State the details of your complaint or information below. Use the attached sheet if necessary. If you have any relevant documents, please attach COPIES only. DO NOT SEND ORIGINAL DOCUMENTS. Do you represent the information you have provided to be true? (YES)

Your Name: HAROLD WILLIAM VAN ALLEN   Today's Date: AUG 21 2019

STANDING BASED UPON PERSONAL EXPERIENCE AS PEROT 1992 AND 1996 ELECTOR FOR ROSS PEROT — NEW YORK STATEWIDE BALLOT ELECTORAL COLLEGE INDIANT ELECTOR, AND HWSA / INDEPENDENCE PARTY — NYS OFFICER,

ALSO: PLEASE INVESTIGATE THE FISC/FISA FORIEGN INTELLIGENCE SURVEILLANCE COURT MONITORING OF PERTO (ROSS PEROT SINCE 1978 COMMUNICATIONS AND ROBUS CIA/DOS/FBI/DOJ ETC ESPIONAGE TO DENY UNDER COVER OF LAW AND COUNTER ESPIONAGE ASSETS OF THE SUCCESSFUL EARLY CANDIDACY OF ROSS PERTO LEADING THE POLLING 1992 AND STEELING AGAIN IN 1996 DEBATES INCLUDING HARTFORD CT DEBATE THE USE OF FORIEGN STATE INTELLEGENCE INTERFERENCE CHINESE, IRAN, COMMON WEALTH — UK, AUSTRALIAN AND ITALIAN ROGUE INTELLIGENCE ASSETS.



United States Department of State

Washington, D.C. 20520

DEC 2 1 2015

In reply refer to: 2011001713
CA/PPT/S/L/LE – Memo from DOS Regarding Purge of Passport Records
Case Control Number - 201103329

H William Van Allen
351 North Road
Hurley, NY 12443

Dear Mr. Van Allen:

The following is in response to your letter dated April 25, 2011, pertaining to the communications from Department of State authorizing the Purge of Passport Records, under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We apologize for the delay in responding to your request.

The Department of State, Passport Services has completed an extensive search of its records. The search resulted in the retrieval of two documents that appear to be relevant to your request. After careful review of the documents, we have determined that one document may be released in full and one document may be released with excisions. The excisions are in accordance with subsection (b)(6) of the Freedom of Information Act. The release of this information to you would be an invasion of another person without written authority from that person. Please see the enclosed Table of Exemptions, which identifies the subsection of the statute referenced above, for a summary of the citation that is applicable.

You have the right to appeal our determination within 60 days to the following address:

Chairman, Appeals Review Panel
c/o Appeals Office
U. S. Department of State
SA-2, Room 8100
515 22nd Street, N.W.
Washington, D.C. 20522-8100

-2

Enclosed you will find additional information to assist you with the appeals process.

We hope the documents prove helpful to you.

Sincerely,

*Christine L. McLean*

for / Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosure:
As stated

 # Party Search Results

**Search Criteria:** Party Search; Last Name: [Van Allen]; First Name: [Harold]
**Result Count:** 41 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Van Allen, Harold W. | 0:2015op03463 | Natural Born Citizen Party Nat, et alIn re: Natural Born Citizen Party Nat, et al | U.S. Court Of Appeals, Third Circuit | 10/15/2015 | 11/19/2015 |
| Van Allen, Harold W. | 0:2015op03759 | Natural Born Citizen PartyIn re: Natural Born Citizen Party | U.S. Court Of Appeals, Third Circuit | 11/17/2015 | 02/04/2016 |
| Van Allen, Harold W. | 0:2015op03896 | Harold Van Allen v. Gino Agnello | U.S. Court Of Appeals, Seventh Circuit | 12/31/2015 | 01/06/2016 |
| Van Allen, Harold W. | 0:2014mand0010( | Van AllenIn re: Van Allen | U.S. Court Of Appeals, Federal Circuit | 11/13/2013 | 12/20/2013 |
| Van Allen, Harold W. | 0:2014cvus07058 | Van Allen v. McDonald | U.S. Court Of Appeals, Federal Circuit | 03/07/2014 | 05/13/2014 |
| Van Allen, Harold W. | 0:2015cvus07095 | Van Allen v. McDonald | U.S. Court Of Appeals, Federal Circuit | 06/25/2015 | 09/11/2015 |
| Van Allen, Harold W. | 0:2015cvus07100 | Van Allen v. McDonald | U.S. Court Of Appeals, Federal Circuit | | 01/12/2016 |
| Van Allen, Harold W. | 0:2015mand0014: | Van AllenIn re: Van Allen | U.S. Court Of Appeals, Federal Circuit | 09/02/2015 | 09/22/2015 |
| Van Allen, Harold W. | 0:2018cvus01161 | Van Allen v. Wilkie | U.S. Court Of Appeals, Federal Circuit | 11/07/2017 | 02/07/2018 |
| Van Allen, Harold W. | 0:2013cvus07057 | Van Allen v. Shinseki | U.S. Court Of Appeals, Federal Circuit | 01/31/2013 | 10/11/2013 |
| Van Allen, Harold W. | 0:2012cvus05012 | Harold Van Allen v. US | U.S. Court Of Appeals, Federal Circuit | 10/26/2011 | 12/07/2011 |

| | | | | | |
|---|---|---|---|---|---|
| VAN ALLEN, HAROLD W. (pla) | 1:2005cv00166 | VAN ALLEN v. USA | U.S. Court of Federal Claims | 01/25/2005 | 02/27/2006 |
| VAN ALLEN, HAROLD W. (pla) | 1:2010cv00467 | VAN ALLEN v. USA | U.S. Court of Federal Claims | 07/14/2010 | 09/14/2011 |
| VAN ALLEN, HAROLD W. (pla) | 1:2011cv00706 | VAN ALLEN v. USA | U.S. Court of Federal Claims | 10/25/2011 | 04/24/2012 |
| Van Allen, Harold W. | 0:2012cvus05414 | Christopher Strunk v. Department of State, et al | U.S. Court Of Appeals, D.C. Circuit | 12/28/2012 | 02/14/2013 |
| Van Allen, Harold W. | 0:2013opus05059 | Harold Van AllenIn re: Harold Van Allen | U.S. Court Of Appeals, D.C. Circuit | 02/19/2013 | 04/16/2013 |
| Van Allen, Harold W. | 0:2013cvus05160 | Harold Van Allen v. Department of Veterans Affairs, et al | U.S. Court Of Appeals, D.C. Circuit | 05/31/2013 | 01/09/2014 |
| Van Allen, Harold W. | 0:2014opus05191 | Harold Van AllenIn re: Harold Van Allen | U.S. Court Of Appeals, D.C. Circuit | 07/28/2014 | 12/03/2014 |
| Van Allen, Harold W. | 0:2014cvus05325 | Joseph Arpaio v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 12/29/2014 | 08/14/2015 |
| Van Allen, Harold W. | 0:2014cvus05327 | Christopher Strunk, et al v. DOS, et al | U.S. Court Of Appeals, D.C. Circuit | 12/29/2014 | 08/11/2015 |
| Van Allen, Harold W. | 0:2015cvus05218 | Natural Born Citizen Party, et al v. FEC, et al | U.S. Court Of Appeals, D.C. Circuit | 07/31/2015 | 05/05/2016 |
| Van Allen, Harold W. | 0:2015opus05251 | Natural Born Citizen, et alIn re: Natural Born Citizen, et al | U.S. Court Of Appeals, D.C. Circuit | 09/09/2015 | 04/21/2016 |
| Van Allen, Harold W. | 0:2016opus05120 | Natural Born Citizen Party, et alIn re: Natural Born Citizen Party, et al | U.S. Court Of Appeals, D.C. Circuit | 05/02/2016 | 07/12/2016 |
| Van Allen, Harold W. | 0:2016opus05375 | Harold Van AllenIn re: Harold Van | U.S. Court Of Appeals, D.C. Circuit | 12/19/2016 | 02/15/2017 |

| | | Allen | | | |
|---|---|---|---|---|---|
| VAN ALLEN, HAROLD W. (pla) | 1:2012cv01538 | VAN ALLEN v. US DEPARTMENT OF VETERANS AFFAIRS et al | District Of Columbia District Court | 09/14/2012 | 02/28/2013 |
| VAN ALLEN, HAROLD W. (pla) | 1:2014cv00995 | STRUNK et al v. UNITED STATES DEPARTMENT OF STATE et al | District Of Columbia District Court | 06/10/2014 | 06/16/2014 |
| Van Allen, Harold William | 0:2015op02379 | In Re: Natural Born Citizen, et al | U.S. Court Of Appeals, First Circuit | 11/17/2015 | 11/30/2015 |
| Van Allen, Harold William | 0:2016op01158 | In Re: Natural Born Citizen, et al | U.S. Court Of Appeals, First Circuit | 02/08/2016 | 02/08/2016 |
| Van Allen, Harold William | 0:2015op03370 | In Re: Harold William Van Alle | U.S. Court Of Appeals, Second Circuit | 10/22/2015 | 12/17/2015 |
| Van Allen, Harold William | 0:2015op03472 | In Re: Harold William Van Alle | U.S. Court Of Appeals, Second Circuit | 10/29/2015 | 12/17/2015 |
| Van Allen, Harold William | 0:2016op01023 | In Re: Harold William Van Alle | U.S. Court Of Appeals, Second Circuit | 04/01/2016 | 06/16/2016 |
| Van Allen, Harold William | 0:2015op.o02505 | In Re: Natural Born Citizen | U.S. Court Of Appeals, Fourth Circuit | 12/03/2015 | 02/29/2016 |
| Van Allen, Harold William | 0:2015op41276 | Harold Van AllenIn re: Harold Van Allen | U.S. Court Of Appeals, Fifth Circuit | 09/23/2015 | 04/19/2016 |
| Van Allen, Harold William | 0:2015op06327 | Harold W. Van AllenIn re: Harold W. Van Allen | U.S. Court Of Appeals, Sixth Circuit | 12/02/2015 | 02/11/2016 |
| Van Allen, Harold William | 0:2015op01464 | In re: Van Allen | U.S. Court Of Appeals, Tenth Circuit | 12/03/2015 | 12/08/2015 |
| Van Allen, Harold William | 0:2015op15349 | Harold Van AllenIn re: Harold Van Allen | U.S. Court Of Appeals, Eleventh Circuit | 12/02/2015 | 08/31/2016 |
| VAN ALLEN, HAROLD WILLIAM (pla) | 1:2015cv01036 | NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE et | District Of Columbia District Court | 06/30/2015 | 07/06/2015 |

| | | al v. FEDERAL ELECTION COMMISSION et al | | | |
|---|---|---|---|---|---|
| VAN ALLEN, HAROLD WILLIAM (pla) | 1:2016cv01426 | VAN ALLEN v. GIBSON | District Of Columbia District Court | 07/07/2016 | 11/22/2016 |
| VAN ALLEN, HAROLD WILLIAM (pla) | 1:2017cv00517 | VAN ALLEN v. ROBERTS et al | District Of Columbia District Court | 03/20/2017 | 08/29/2017 |
| VAN ALLEN, HAROLD WILLIAM (pla) | 1:2018cv00150 | VAN ALLEN v. MUELLER et al | District Of Columbia District Court | 01/18/2018 | 02/06/2018 |
| Van Allen, Harold William (mov) | 1:2014cv00254 | State of Texas et al v. United States of America et al | Texas Southern District Court | 12/03/2014 | 09/14/2017 |



# Party Search Results

**Search Criteria:** Party Search; Last Name: [natural born citizen party]
**Result Count:** 12 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Natural Born Citizen Party National Committee | 0:2015op03463 | Natural Born Citizen Party Nat, et alIn re: Natural Born Citizen Party Nat, et al | U.S. Court Of Appeals, Third Circuit | 10/15/2015 | 11/19/2015 |
| Natural Born Citizen Party National Committee | 0:2015op03759 | Natural Born Citizen PartyIn re: Natural Born Citizen Party | U.S. Court Of Appeals, Third Circuit | 11/17/2015 | 02/04/2016 |
| Natural Born Citizen Party National Committee | 0:2015op.o02505 | In Re: Natural Born Citizen | U.S. Court Of Appeals, Fourth Circuit | 12/03/2015 | 02/29/2016 |
| Natural Born Citizen Party National Committee | 0:2015op03775 | In re Natl. Born Citizen, etc | U.S. Court Of Appeals, Eighth Circuit | 12/07/2015 | 12/09/2015 |
| Natural Born Citizen Party National Committee | 0:2015msop8019! | Natural Born Citizen Party Nat | U.S. Court Of Appeals, Ninth Circuit | 11/18/2015 | 01/27/2016 |
| Natural Born Citizen Party National Committee | 0:2015cvus05218 | Natural Born Citizen Party, et al v. FEC, et al | U.S. Court Of Appeals, D.C. Circuit | 07/31/2015 | 05/05/2016 |
| Natural Born Citizen Party National Committee | 0:2015opus05251 | Natural Born Citizen, et alIn re: Natural Born Citizen, et al | U.S. Court Of Appeals, D.C. Circuit | 09/09/2015 | 04/21/2016 |
| Natural Born Citizen Party National Committee | 0:2016opus05120 | Natural Born Citizen Party, et alIn re: Natural Born Citizen Party, et al | U.S. Court Of Appeals, D.C. Circuit | 05/02/2016 | 07/12/2016 |
| NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE | 1:2015cv01036 | NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE et | District Of Columbia District Court | 06/30/2015 | 07/06/2015 |

| (pla) | | al v. FEDERAL ELECTION COMMISSION et al | | | |
| Natural Born Citizen Party National Committee (mov) | 1:2014cv00254 | State of Texas et al v. United States of America et al | Texas Southern District Court | 12/03/2014 | 09/14/2017 |
| Natural Born Citizen Party National Committee, et al. | 0:2015op02379 | In Re: Natural Born Citizen, et al | U.S. Court Of Appeals, First Circuit | 11/17/2015 | 11/30/2015 |
| Natural Born Citizen Party National Committee, et al. | 0:2016op01158 | In Re: Natural Born Citizen, et al | U.S. Court Of Appeals, First Circuit | 02/08/2016 | 02/08/2016 |

| **PACER Service Center** | **Receipt** 12/24/2019 21:11:00 1773276350 |
| **User** | ps1136 |
| **Client Code** | |
| **Description** | All Court Types Party Search<br>All Courts; Name natural born citizen party; All Courts; Page: 1 |
| **Billable Pages** | 1 ($0.10) |